# Court of Appeals, State of Michigan

## ORDER

Linda K Heiden v Gerald L Heiden

Docket No. 318245

LC No. 12-001149-DO

Douglas B. Shapiro
Presiding Judge

Elizabeth L. Gleicher

Amy Ronayne Krause
Judges

The Court orders that the February 10, 2015 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

FEB 26 2015

Date

Chief Clerk